# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV11-1832-JST(VBKx) | Date | May 22, 2012 |
|---|---|---|---|
| Title | JOHN D. THOMAS, et al. v. BANK OF AMERICA HOME LOANS, etc., et al. | | |

| Present: The Honorable | JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE |
|---|---|

| Ellen Matheson | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**   (IN CHAMBERS) FURTHER ORDER TO SHOW CAUSE FOR FAILURE TO FILE FIRST AMENDED COMPLAINT PURSUANT TO GENERAL ORDER

On April 5, 2012, the Court granted defendants' motions to dismiss, giving plaintiffs leave to amend the remainder of their claims by filing an amended complaint no later than April 30, 2012 (Doc. 30). The Court further stated therein that failure to file an amended complaint will result in this matter being administratively closed.

On April 30, 2012, plaintiffs *electronically* filed a First Amended Complaint ( Doc. 31). In response thereto, a Notice of Deficiency was issued (Doc. 32), followed by an Order of this Court striking the First Amended Complaint for failure to comply with General Order 10-07 (Doc. 33).

On May 15, 2012, the Court issued an Order to Show Cause (OSC) for failure to timely and properly file an amended complaint (Doc. 34). On May 16, 2012, plaintiffs again *electronically* filed a First Amended Complaint (Doc. 35). Document No. 35 is ordered STRICKEN for failure to comply with the provisions of General Order 10-07.

Plaintiffs' counsel is expected to be familiar with this Court's procedures and directives, and with the rules and procedures of the District Court. Counsel's attention is specifically directed to General Order 10-07, V. C. 1., at pp. 18-19, which states in pertinent part: "Complaints (such as...amended complaints...)...shall be filed...in the traditional manner rather than electronically." No later than five court days from the date of this Order, counsel shall properly file the First Amended Complaint. Failure to do so may result in monetary or other sanctions.

:

Initials of Preparer   enm